IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,        )
                Plaintiff,        )
                                       )
vs.        )   Case No.  06-20112-01-CM
                                       )
DONALD R. JEFFERSON, II,        )
                Defendant.        )
_____)

## MOTION TO REDUCE SENTENCE

Donald R. Jefferson, II asks this Court to reduce the sentence imposed in accord with the authority granted by 18 USC §3582(c) and §2D1.1 of the operative guideline manual, effective March 3, 2008, which has been deemed retroactive by the United States Sentencing Commission.

1. Donald R. Jefferson, II was convicted by plea for offenses involving crack cocaine.[1] The defendant was sentenced to 168 months in prison on May 3, 2007. The sentencing guideline range was 168 to 210 months, based on Criminal History Category of IV and adjusted offense level of 32.

2. That guideline range was predicated on USSG §2D1.1 and the related drug quantity table in effect at the time.

3. The defendant is still incarcerated within the Federal Bureau of Prisons, and has a projected release date of October 29, 2018.[2]

---

[1] Judgment, Doc. #58.

[2] http://bop.gov/iloc2/LocateInmate.jsp

4. Effective November 1, 2007, the crack cocaine quantity table has been amended. Crack cocaine offenses are now calibrated, generally, at two offense-levels lower than before.[3]

5. With the amended retroactive guideline, the adjusted offense level in this case is 30 and the amended sentencing range is 135 to 168 months in prison.

6. The parties agreed to jointly recommend the low end of the guideline range in the original plea agreement.

7. 18 USC §3582(c)(2) provides, in part, that the Court has jurisdiction and authority to modify an imposed term of imprisonment "in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 USC §994(o)[(u)], upon motion of the defendant . . . ." The Court may reduce the term of imprisonment, after considering §3553(a) factors, consistent with the advisory USSC policy statements.

8. In turn, the Sentencing Commission has promulgated amendments to §1B1.10 policy statements that correlate with this statute and the crack cocaine guideline amendments, effectively making the reduction retroactive.

9. The defendant now asks the Court to impose a **135 month term of imprisonment**, with all other terms to remain the same.

---

[3] *See* United States Sentencing Guidelines §2D1.1 (Nov. 1, 2007 ed).

10. The government does not oppose this request, provided, that if prior to March 3, 2008, a law is enacted repealing the U.S. Sentencing Commission's December 2007 decision to make retroactive Amendments 706 and 711 to the Sentencing Guidelines, this Order shall have no effect.  The defendant reserves the right to challenge any such law, if enacted. Should the Court agree with the parties' recommendation, a hearing on this matter is not requested.

11. The United States Probation Office has been consulted in this matter and has no objection to the recalculation.

The defendant respectfully asks this Court to amend the sentence imposed, and impose a new sentence of **135  months,** the low end of the amended guideline.

>Respectfully submitted,
>
>S/Kirk Redmond    s/Melody Evans
>KIRK C. REDMOND #18914
>MELODY EVANS #17612
>Assistant Federal Public Defenders
>   For the District of Kansas
>424 South Kansas Avenue, Room 205
>Topeka, Kansas 66603-3439
>Phone: 785/232-9828
>Fax: 785/232-9886
>E-mail Address:     kirk_redmond@fd.org
>                    melody_evans@fd.org
>Attorneys for Defendant

## CERTIFICATE OF SERVICE

       I hereby certify that on February 22, 2008, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

    United States Attorney's Office

and a copy was sent by first class mail this date to:

    Lanny Welch
    Assistant United States Attorney

                                         S/ Melody Evans
                                         Melody Evans