UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| United States of America ) | |
| ) | |
| v. ) | Case No. 06-20112-01-CM |
| ) | |
| Donald R. Jefferson ) | USM No.11446-031 |
| ) | |
| Date of Previous Judgment: 3/10/2008 ) | <u>Kirk C. Redmond</u> |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**ORDER REGARDING MOTION FOR SENTENCE REDUCTION
PURSUANT TO 18 U.S.C. §3582(c)(2)**

Upon motion of the defendant, Donald R. Jefferson, under 18 U.S.C. §3582 (c)(2) for a reduction in the term of imprisonment imposed base on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. §994(u), and having considered such motion, and taking into account the sentencing factors set forth in 18 U.S.C. §3553(a), to the extent that they are applicable,
IT IS ORDERED that the motion is
☐ Denied

X Granted and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of 135 months is reduced to 92 months.

I.  COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
Previous Offense Level:  <u>30</u>              Amended Offense Level:  <u>26</u>
Criminal History Category:  <u>IV</u>         Criminal History Category:  <u>IV</u>
Previous Guideline Range 135-168 months    Amended Guideline Range  92-115 months

II. SENTENCED RELATIVE TO AMENDED GUIDELINE RANGE
☒ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of an agreed departure, and the reduced sentence reflects a comparable reduction.
☐ Other (explain):

III.  ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated <u>3/10/2008</u> shall remain in effect.

IT IS SO ORDERED.

Order Date:  11/29/2011              s/ Carlos Murguia
                                     CARLOS MURGUIA
Effective Date:  11/29/2011          United States District Judge