## CLERK'S COURTROOM MINUTE SHEET - CRIMINAL - MAGISTRATE JUDGE

UNITED STATES OF AMERICA

v.                                                                                            Case No: 06-20112-01-CM

**Donald R. Jefferson II**                                                AUSA: Chris Oakley
                                                                                  Counsel for Defendant: Laquisha Ross

| | | |
|---|---|---|
| **JUDGE:** | James P. O'Hara | **DATE:** 12/7/17 |
| **DEPUTY CLERK:** | Sarah Spegal | **TIME:** FTR: 2:33 |
| **INTERPRETER:** | | **PRETRIAL/PROBATION:** John Gabrielson |

**Length of Hearing: 9 Minutes**                                                **Location:**   Kansas City, Kansas
**Hearing Concluded:   (x) Yes  ( ) No**

### PROCEEDINGS

| | | | | | |
|---|---|---|---|---|---|
| ( ) | Initial Appearance | (X) | Initial Revocation Hearing | ( ) | Bond Hearing |
| ( ) | Identity Hearing | ( ) Held  ( ) Waived | | ( ) | Bond Revocation Hearing |
| ( ) | Preliminary Hearing | ( ) Held  ( ) Waived | | ( ) | Arraignment |
| ( ) | Detention Hearing | ( ) Held  ( ) Waived | | ( ) | |
| (X) | Scheduling Conference | ( ) Held  ( ) Waived | | | |

( )   Interpreter                                ( )   Sworn                              ( )   Previously sworn
(X)   Charges and penalties explained to defendant
(X)   Defendant placed under oath
(X)   Counsel appointed-FPD                            ( )   At defendant's expense
(X)   Constitutional rights explained            ( )   Felony       ( )   Misdemeanor
( )   Defendant declined to waive indictment   ( )   Will be presented by next Grand Jury
( )   Signed Waiver of Indictment
( )   Advised of rights under Rule 20
( )   Signed Consent to Transfer (Rule 20)
( )   Petition to Enter Plea Filed                  ( )   Plea Agreement Attached
( )   Transferred to:
( )   ARRAIGNMENT AND PLEA:                                                ( )   No. of Counts:
      ( )   Waived Reading of    ( )   Complaint    ( )   Information    ( )   Read to Defendant
      ( )   Previous Plea        ( )   Guilty       ( )   Not Guilty     Counts:
      ( )   Guilty                                                       Counts:
      ( )   Not Guilty                                                   Counts:

( )   Bail denied                                  ( )   Bail fixed at                        ( )   Bail remain at
( )   $                                            ( )   Unsecured                            ( )   Secured
(X)   Release Order-order to follow   ( )   Executed                          ( )   Continued in effect
( )   Deft. remanded to custody        ( )   Pending compliance with conditions of release
( )   Detention Ordered

**Revocation hearing set: December 18, 2017 at 10:00 a.m. with Judge Carlos Murguia.**