IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | Case No.  06-20112-01-CM |
| ) | |
| DONALD R. JEFFERSON II, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

In accordance with the court's directive during the hearing today, December 7, 2017, the defendant shall be released from the custody of the U.S. Marshal.  Defendant to appear on December 18, 2017, at 10:00 AM before Judge Carlos Murguia, courtroom 463.

Dated December 7, 2017, at Kansas City, Kansas.

s/ James P. O'Hara
James P. O'Hara
U.S. Magistrate Judge