## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA

        Plaintiff,

        v.                    Case No.  2:06CR20112-001

Donald R Jefferson II

        Defendant.

### ORDER

NOW ON THIS 14th day of December, 2017, the above-entitled matter comes before the Court at the request of the U.S. Probation Office for an Order withdrawing the previously filed petition and allowing the defendant's term of supervision to continue.

A petition for a warrant / revocation was filed with the Court on January 08, 2017, subsequent to Leavenworth County District Court charging him with Distribution of Certain Hallucinogenic; Distribute with intent/Manufacture Paraphernalia for Illegal use as in KSA21-5706(b); and Taxation, Drugs, No Drug Tax Stamp for Marijuana. On December 6, 2017, Leavenworth County District Court dismissed the complaint.  At this time, the government is in agreement with U.S. Probation Office to withdraw the petition previously filed in this matter.

IT IS ORDERED that the "Request for Warrant or Summons for Offender under Supervision" is withdrawn, and the defendant's term of supervision is allowed to continue.

IT IS FURTHER ORDERED that the REVOCATION OF SUPERVISED RELEASE HEARING, scheduled for DECEMBER 18, 2017 is hereby cancelled.

IT IS SO ORDERED.

Dated this 14th day of December, 2017 at Kansas City, KS.

                              /s/ Carlos Murguia
                              HONORABLE CARLOS MURGUIA
                              UNITED STATES DISTRICT JUDGE