Prob 12B (7/93)
(D/KS 01/19)

PACTS# 21891

# United States District Court
## for the
## District of Kansas

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender

Name of Offender:  **Donald R. Jefferson II**                    Case Number:  **1083 2:06CR20112-001**

Sentencing Judicial Officer:  Honorable Carlos Murguia, U.S. District Judge

Date of Original Sentence:  05/02/2007

Original Offense:   Possession With Intent To Distribute Five Grams Or More Of Cocaine Base Within 1,000 Feet Of A Public Elementary School, Class B Felonies

Original Sentence:  168 Months Prison, 96 Months Supervised Release

Type of Supervision:  TSR                              Date Supervision Commenced:  04/24/2013

## PETITIONING THE COURT

☐ To extend the term of supervision for years, for a total term of  years.
☒ To modify the conditions of supervision as follows:

**You must participate in an approved program for mental health treatment, which may include psychological counseling and prescribed medication. You must share in the costs, based on the ability to pay, at the direction of the U.S. Probation Officer.**

## CAUSE

Mr. Jefferson submitted his first positive UA on February 10, 2019. At that time, Mr. Jefferson agreed to be placed in substance abuse counseling to assist him in regaining his sobriety. During a three-way staffing between Mr. Jefferson, the service provider and this officer it was determined that Mr. Jefferson is also in need of mental health treatment to address the underlying factors leading to his abuse of marijuana. Since his first positive UA, Mr. Jefferson has submitted three (3) additional positive UA's on February 26, 2019, March 11, 2019, and April 3, 2019. Mr. Jefferson believes the addition of mental health treatment to his supervision will provide him with the necessary resources needed to become sober. In addition to mental health treatment, Mr. Jefferson will be referred to MRT.

The offender was presented a Form 49 Waiver of Hearing to Modify Conditions of Supervision. After being advised of the right to counsel and a hearing on the matter, the offender elected to sign the waiver document. The waiver is on file with the probation office and is available for review upon request.

Prob  12B -2-
*Name of Offender:  Donald R. Jefferson II*  *Case Number:   1083 2:06CR20112-001*

*If the Court concurs, this report shall document the Court's consideration and finding that the availability of appropriate substance abuse treatment programs and/or the offender's current or past participation in such programs, warrants an exception to the mandatory revocation as provided by United States Sentencing Commission guidelines from the rule of 18 U.S.C. § 3583(g) when considering any action against a defendant who fails a drug test.*

Respectfully submitted,

by

Approved:

Jovanny Hernandez
U.S. Probation Officer
Date:  04/12/2019

Christopher Lewis, SUSPO

*Please indicate the Court response below and return to the U.S. Probation Officer*

☐ No Action
☐ The Extension of Supervision as Noted Above
☑ The Modification of Conditions as Noted Above
☐ Other:

/s/ Carlos Murguia

Signature of Judicial Officer

4/15/2019

Date